Submitted January 27, 2020, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

NICHOLAS JOHN PATE,
*Defendant-Appellant.*

Lane County Circuit Court
15CR55636; A168060

487 P3d 856

Maurice K. Merten, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sara F. Werboff, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and James, Judge.

PER CURIAM

Affirmed. *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021); *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).